IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LOVE,

    Petitioner,               No. CIV S-06-1573 GEB KJM P

    vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

    Respondents.         ORDER
_____/

        Petitioner, a state prisoner at High Desert State Prison, has filed a letter seeking review of his conviction; he has filed no other pleadings. In order to commence an action, petitioner must file a petition for writ of habeas corpus as required by Rule 3 of the Federal Rules of Civil Procedure, and petitioner must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Petitioner will be provided the opportunity to file his habeas petition, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

/////

/////

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner is granted thirty days from the date of service of this order to file a petition that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the petition must bear the docket number assigned this case; petitioner must file an original and two copies of the petition; and

2. The Clerk of the Court is directed to send petitioner the court's form for filing a petition for writ of habeas corpus.

DATED: October 3, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/mp
love1573.nopetition