IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MELVIN LOVE,

      Petitioner,               No. CIV S-06-1573 GEB KJM P

      vs.

PEOPLE OF THE STATE OF CALIFORNIA, et al.,

      Respondents.             FINDINGS & RECOMMENDATIONS
_____/

        By order filed October 4, 2006, petitioner was granted thirty days' leave to file a petition for writ of habeas corpus and to either pay the required filing fee or file an application requesting leave to proceed in forma pauperis. The thirty day period has now expired, and petitioner has not responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the

1  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2  F.2d 1153 (9th Cir. 1991).

3  DATED:  November 15, 2006.

4  _____
   U.S. MAGISTRATE JUDGE

5  1
   love1573.fta